UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-20789-CR-ALTONAGA

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.

**DEMETRIS MICHELLE BOATWRIGHT,**

    **Defendant.**
_____/

## DETENTION ORDER

    Pursuant to 18 U.S.C. § 3142(f), on December 17, 2019, a hearing was held to determine whether defendant **DEMETRIS MICHELLE BOATWRIGHT** should be detained prior to trial. Having considered the factors enumerated in 18 U.S.C. § 3142(g), this Court finds that no condition or combination of conditions will reasonably assure the appearance of this defendant as required. Therefore, it is hereby ordered that the defendant **DEMETRIS MICHELLE BOATWRIGHT** be detained prior to trial and until the conclusion thereof.

    In accordance with the provisions of Title 18, United States Code, Section 3142(i), the Court hereby makes the following findings of fact and statement of reasons for the detention:

    1. The defendant is charged by indictment in the Southern District of Florida with use of unauthorized access devices in violation of 18 U.S.C. § 1029(a)(2) and aggravated identity theft in violation of 18 U.S.C. § 1028A(a)(1).

    2. The weight of the evidence against the defendant is substantial. The

government proffered that the defendant used a false name and unauthorized credit card information to pay for two rooms for three nights at a hotel. The defendant also used stolen credit card information to purchase spa services from the hotel and to purchase over $900 in clothing from the hotel pro shop. Law enforcement officers discovered a children's designer coat in the defendant's hotel room and were able to trace that coat to a local department store where the defendant used stolen credit card information to purchase items totaling approximately $10,000.

    3. The pertinent history and characteristics of the defendant support pretrial detention. The defendant was born on January 18, 1993 in Miami, Florida. While released on her own recognizance by the state court, the defendant was charged with battery for stabbing her boyfriend's mother. Title 18, United States Code, Section 3142(g)(3)(A).

    4. The Court specifically finds, that there are no conditions or combination of conditions which reasonably will assure the defendant's appearance as required. The defendant was charged with battery while on pretrial release, leading the Court to believe that the defendant cannot follow conditions of bond thereby making her a flight risk. Based upon the above findings of fact, which were supported by a preponderance of the evidence, the Court has concluded that this defendant presents a risk of flight.

    The Court hereby directs:

        (a) That the defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practical, from persons awaiting or serving sentences or being held in custody pending appeal;

        (b) That the defendant be afforded reasonable opportunity for private

consultation with counsel; and

(c) That, on order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which the defendant is confined deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

DONE AND ORDERED at Miami, Florida, this the **17th** day of December, 2019.

_____
JOHN J. O'SULLIVAN
CHIEF UNITED STATES MAGISTRATE JUDGE